UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MATTHEW FAISON, JR., a.k.a. LEO JACKSON FAISON,,

Plaintiff,

v.

FLORIDA PAROLE AND PROBATION COMMISSION and UNITED STATES PROBATION COMMISSION

Defendant.

NO: CV-11-273-CI

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS, DENYING MOTIONS AND DISMISSING ACTION

BEFORE THE COURT is Plaintiff's "Motion Traverse," ECF NO. 9, which the court liberally construes as Plaintiff's Objections to the Report and Recommendation to Deny Leave to Proceed *In Forma Pauperis* and to Deny his Motion to Accept Jurisdiction. Mr. Faison is a *pro se* prisoner at the Columbia Correctional Institution in Lake City, Florida; Defendant has not been served.

After review of Magistrate Judge Imbrogno's recommendations and Mr. Faison's Objections, and being fully informed in this matter, **IT IS ORDERED** the Report and Recommendation, ECF No. 5, is **ADOPTED in its entirety.** Plaintiff is barred from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g), and neither he nor the named Defendant resides in this judicial district.

Accordingly, **IT IS ORDERED** Plaintiff's Application to Proceed *In Forma Pauperis*, ECF NO. 2, is **DENIED,** and the Motion to the Court to Accept Jurisdiction, ECF No. 4, is **DENIED.** Plaintiff has not paid the $350.00 fee. Due to Mr. Faison's litigation history, the court finds it would not be in the interest of justice to transfer this action under 28 U.S.C. § 1631, and, therefore, **IT IS ORDERED** this action is **DISMISSED with prejudice** for lack of jurisdiction.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 17th day of October 2011.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge