AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MATTHEW FAISON, JR., a.k.a.
LEO JACKSON FAISON,

        Plaintiff,

                                          JUDGMENT IN A CIVIL CASE

        v.

FLORIDA PAROLE AND PROBATION COMMISSION
and UNITED STATES PROBATION COMMISSION     CASE NUMBER: CV-11-273-CI

            Defendant.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  Plaintiff's Application to Proceed In Forma Pauperis, ECF NO. 2, is DENIED, and the Motion to the Court to Accept Jurisdiction, ECF No. 4, is DENIED. Plaintiff has not paid the $350.00 fee. Due to Mr. Faison's litigation history, the court finds it would not be in the interest of justice to transfer this action under 28 U.S.C. § 1631, and, therefore, IT IS ORDERED this action is DISMISSED with prejudice for lack of jurisdiction.

October 17, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia